

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2018

No. 04-17-00505-CR & 04-17-00506-CR

Richard Anthony **GALINDO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 5792 & 5793
Honorable Bill R. Palmer, Judge Presiding

# **O R D E R**

The State's Second Motion for Extension of Time to file Brief is hereby GRANTED. No Further Extensions.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court